UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $6,595.00 U.S. CURRENCY,<br><br>Defendant. | No. 1:17-CV-0269-SMJ<br><br>FINAL ORDER OF FORFEITURE |

Before the Court, without oral argument, is the United States of America's Motion for Entry of Final Order of Forfeiture, ECF No. 15. Plaintiff, the United States of America, alleged in a Verified Complaint for Forfeiture *In Rem* that Defendant currency captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1. The Court has jurisdiction over that matter under 28 U.S.C. §§ 1345, 1355. Venue is proper under 28 U.S.C. § 1355.

The Defendant property being sought for forfeiture is described as follows:

– Approximately $3,895.00 U.S. currency seized on or about November 2, 2016, incident to arrest.

– Approximately $2,700.00 U.S. currency seized on or about November 2, 2016, pursuant to consent.

FINAL ORDER
OF FORFEITURE - 1

On August 23, 2017, the United States marshals Service executed and filed the Warrant of Arrest *In Rem* with the Court. ECF No. 5.

In accordance with Fed. R. Civ. P. 6(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset forfeiture Actions, notice of civil forfeiture was posted on an official government website from August 12, 2017 to September 21, 2017. ECF Nos. 8, 8-1 and 8-2. Based on the internet publication start date of August 3, 2017, the last date to file a timely claim absent direct notice was October 22, 2017. The United States served, via regular first-class mail and certified mail, direct notice to the Otha Anderson, *see* ECF No. 13, and Samantha Knight, *see* ECF No. 12. No claims, timely or otherwise, have been received or filed with the Court, and the deadline for filing timely claims has passed.

It appearing to the Court that any and all interests in the Defendant Property have been resolved, **IT IS HEREBY ORDERED**:

**1.** The United States' Motion for Entry of a Final Order of Forfeiture, **ECF No. 15**, is **GRANTED**.

**2.** The Defendant Property described as follows is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

*A.* Approximately $3,895.00 U.S. currency seized on or about November 2, 2016, incident to arrest.

  **B.** Approximately $2,700.00 U.S. currency seized on or about November 2, 2016, pursuant to consent.

**3.** The United States Marshals Service shall dispose of the forfeited property described herein in accordance with law.

**4.** This Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

**5.** The Clerk's office shall **CLOSE** this case.

**6.** All deadlines and hearings set in this matter are **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies the United States Marshals Service and to all counsel.

**DATED** this 27th day of November 2017.

    _____
    SALVADOR MENDOZA, JR.
    United States District Judge

FINAL ORDER
OF FORFEITURE - 3